HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RITA CAGLIOSTRO,

    Plaintiff,

v.

STATE OF WASHINGTON, *et al.*,

    Defendants.

Case No. 19-cv-00623-RAJ

ORDER

In response to the July 24, 2019 Referral Notice (Dkt. # 23) from the Ninth Circuit Court of Appeals in this case (Appeal Number 19-35613), the Court certifies in accordance with 28 U.S.C. § 1915(a)(3) that Plaintiff's appeal in this case is frivolous and taken in bad faith.

The Court accordingly **REVOKES** Plaintiff's *in forma pauperis* status for purposes of the appeal. The Court directs the Clerk to ensure that the parties and the Clerk of the Ninth Circuit Court of Appeals receive a copy of this order.

DATED this 36 day of July, 2019.

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1